# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                  Plaintiff,<br>vs.<br><br>JOHN J. TODD, ROBERT D. MANZA, and JEFFREY WEITZEN,<br><br>                                  Defendant. | CASE NO. 03CV2230 BEN (WMc)<br><br>ORDER DENYING DEFENDANT JEFFREY WEITZEN'S MOTION TO STRIKE PLAINTIFF'S MOTION FOR RELIEF FROM THE COURT'S ORDER GRANTING DEFENDANT WEITZEN'S MOTION FOR SUMMARY JUDGMENT [Doc. No. 157] |
|---|---|

Defendant Jeffrey Weitzen moves to strike Plaintiff SEC's Motion For Relief From the Court's May 30, 2006 Order [Doc. No. 143]. The Court issued a ruling on the SEC's motion on December 1, 2006, thereby mooting Weitzen's Motion to Strike. The Court therefore denies defendant Weitzen's Motion to Strike Plaintiff SEC's Motion for Relief From the Court's May 30, 2006 Order.

IT IS SO ORDERED.

DATED: December 4, 2006

                                                                        Hon. Roger T. Benitez<br>
                                                                        United States District Judge