# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN J. TODD and ROBERT D. MANZA,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 03CV2230 BEN (WMc)<br><br>ORDER RULING ON OBJECTIONS TO DEPOSITION TESTIMONY |

The parties have submitted objections to the designation of deposition testimony of numerous witnesses for use at trial. In the interest of expediting the redaction of the videotaped testimony, the Court will issue its rulings on those objections on a rolling basis.

The Court hereby sustains objections to the following testimony designated for trial:

<u>Deposition of Eric Bodeen</u>

29:8 - 29:24, counterdesignations to be allowed, otherwise overruled

35:4 - 35:12

40:2 - 41:12

61:10 - 61:16, 61:18 (starting at "But if") - 61:20

65:2 - 65:16

67:12 - 67:20

68:2 - 68:12

| | |
|---|---|
| 1 | 75:21 - 76:9 |
| 2 | 93:9 - 95:18 |
| 3 | 101:16 - 117:7 |
| 4 | 121:2 - 121:9 |
| 5 | 121:12 - 121:18 |
| 6 | 127:11 - 127:21 |
| 7 | 139:1 - 139:4 |
| 8 | 142:19 - 145:16 |
| 9 | 155:6 - 155:23 |
| 10 | 158:12 - 159:16 |
| 11 | 162:22 (starting with "And I think") - 164:18 |
| 12 | 165:9 - 165:11 |
| 13 | 182:23 - 186:6 |
| 14 | 192:20 - 193:2 |
| 15 | 204:19 - 205:6 |
| 16 | 205:22 - 205:23 |
| 17 | 206:1 - 206:9 |
| 18 | 206:18 - 207:4 |
| 19 | 219:2 - 223:3 |
| 20 | 233:4 - 234:20 |
| 21 | 235:3 - 235:19 |
| 22 | 237:1 - 238:6 |
| 23 | 239:3 - 239:6 |
| 24 | 240:14 - 241:25 |
| 25 | 243:6 - 243:13 |
| 26 | 244:16 - 249:6 |
| 27 | 383:21 - 384:7 |
| 28 | 385:25 - 386:15 |

1  The Court notes that in certain cases, the parties have objected to testimony that has not
2  been designated. The Court finds those objections moot, and therefore declines to rule on them.

3  <u>Depostion of Clifford Holtz</u>
4  68:2 - 68:12
5  85:19 - 86:25
6  87:18 - 88:3
7  88:20 - 89:2
8  270:7 - 270:19
9  271:8 - 271:13
10  278:12 - 278:15
11  278:25 - 279:3
12  279:22 - 280:2
13  280:8 - 282:5
14  284:25 - 285:10
15  <u>Deposition of Michael Kramer</u>
16  109:3 - 110:5
17  185:19 - 186:4
18  216:11 - 217:23
19  <u>Deposition of Gary Mann</u>
20  37:01 - 37:23
21  55:19 - 56:3
22  IT IS SO ORDERED.
23  DATED: January 29, 2007

_____
Hon. Roger T. Benitez
United States District Judge