# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN J. TODD and ROBERT D. MANZA,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 03CV2230 BEN (WMc)<br><br>SECOND ORDER RULING ON OBJECTIONS TO DEPOSITION TESTIMONY |

The parties have submitted objections to the designation of deposition testimony of numerous witnesses for use at trial. In the interest of expediting the redaction of the videotaped testimony, the Court will issue its rulings on those objections on a rolling basis.

The Court hereby sustains objections to the following testimony designated for trial:

<u>Deposition of Lewis Bird</u>

91:3 - 91:11

105:12 - 105:25

107:06 - 107:11

113:20 - 114:01

218:5 - 218:24

229:20 - 229:25

231:14 - 232:12

1  265:22 - 266:11 is overruled, but the parties must add 265:18 - 265:21.

2  267:12 - 269:3

3  273:23 - 274:5

4  IT IS SO ORDERED.

5  DATED: January 30, 2007

7  Hon. Roger T. Benitez
United States District Judge