# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN J. TODD and ROBERT D. MANZA,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 03CV2230 BEN (WMc)<br><br>THIRD ORDER RULING ON OBJECTIONS TO DEPOSITION TESTIMONY |

　　　　The parties have submitted objections to the designation of deposition testimony of numerous witnesses for use at trial. This is the final Order ruling on those objections.

　　　　The Court hereby sustains objections to the following testimony designated for trial:

Deposition of Julie Paustian

25:13 - 26:9

26:21 - 27:5

32:21 - 33:6

33:21 - 37:1

57:22 - 60:02

101:7 - 101:20

137:2 - 137:5

161:24 - 162:7

| | |
|---|---|
| 1 | 164:2 - 165:13 |
| 2 | 171:19 - 173:1 |
| 3 | <u>Deposition of Sukhdev "David" Rai</u> |
| 4 | 79:14 - 79:20 |
| 5 | 132:11 - 132:22 |
| 6 | 133:9 - 134:3 |
| 7 | 140:18 |
| 8 | 152:17 - 153:6 |
| 9 | 154:7 - 155:8 |
| 10 | 170:2 - 171:20 |
| 11 | 198:19 - 200:9 |
| 12 | 203:1 - 204:19 |
| 13 | 214:21 - 215:16 |
| 14 | <u>Deposition of Michael Rehling</u> |
| 15 | 56:24 - 57:12 is overruled, but the parties must add 55:6 - 56:23 |
| 16 | 74:5 - 79:16 |
| 17 | 82:11 - 84:7 |
| 18 | 117:5 - 117:7 |
| 19 | 138:13 - 141:14 |
| 20 | 150:16 - 151:16 |
| 21 | 158:6 - 158:16 |
| 22 | 162:1 - 162:23 |
| 23 | 163:15 - 164:17 |
| 24 | 202:15 - 203:15 |
| 25 | 225:18 - 227:23 |
| 26 | 258:1 - 258:4 is overruled, but the parties must add 257:24 - 257:25 |
| 27 | 275:10 - 275:12 |
| 28 | 285:23 - 286:5 |

| | |
|---|---|
| 1 | 295:6 - 295:13 |
| 2 | 296:15 - 296:17 |
| 3 | 296:25 - 297:3 |
| 4 | <u>Deposition of John Lawrence ("Larry") Richards</u> |
| 5 | 60:17 - 60:25 |
| 6 | 63:22 - 64:8 |
| 7 | 65:10 - 66:06 |
| 8 | 83:22 - 84:25 |
| 9 | 127:10 - 127:16 |
| 10 | 146:25 - 147:1 |
| 11 | 148:9 - 148:17 |
| 12 | 220:12 - 221:20 |
| 13 | 225:16 - 225:20 |
| 14 | 229:1 - 230:17 |
| 15 | 265:06 - 265:22 |
| 16 | 268:12 - 270:5 |
| 17 | 283:5 - 283:12 |

In several cases, the parties have objected to deposition testimony that was not designated. The Court declines to rule on those objections because they are moot.

IT IS SO ORDERED.

DATED: January 31, 2007

_____
Hon. Roger T. Benitez
United States District Judge