1 | KAREN MATTESON, Cal. Bar No. 102103
mattesonk@sec.gov
2 | JOHN B. BULGOZDY, Cal. Bar No. 219897
bulgozdyj@sec.gov
3 | DAVID J. VAN HAVERMAAT, Cal. Bar No. 175761
vanhavermaatd@sec.gov
4
Attorneys for Plaintiff
5 | Securities and Exchange Commission
Randall R. Lee, Regional Director
6 | Briane Nelson Mitchell, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
7 | Los Angeles, California 90036-3648
Telephone:   (323) 965-3998
8 | Facsimile:   (323) 965-3908

9 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
10 | Including Professional Corporations
ROBERT D. ROSE, Cal. Bar No. 62559
11 | FRANK J. POLEK, Cal. Bar No. 167852
VINCENT J. BROWN, Cal. Bar No. 226105
12 | 501 West Broadway, 19th Floor
San Diego, California 92101-3598
13 | Telephone: 619-338-6500
Facsimile: 619-234-3815
14
Attorneys for Defendant John J. Todd
15
McDERMOTT, WILL & EMERY LLP
16 | JAMES L. SANDERS, Cal. Bar No. 126291
BRANDON J. ROKER, Cal. Bar No. 205292
17 | 2049 Century Park East, 34th Floor
Los Angeles, California 90067-3208
18 | Telephone: 310-277-4110
Facsimile: 310-277-4730
19
Attorneys for Defendant Robert D. Manza
20

FILED
FEB - 8 2007
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN J. TODD and ROBERT D. MANZA,<br><br>Defendants. | Case No. 03 CV 2230 BEN (WMc)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING DELIVERY OF ELECTRONIC EQUIPMENT FOR TRIAL**<br><br>Trial Date: February 13, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom of the Hon. Roger T. Benitez |

1   The parties, plaintiff the Securities and Exchange Commission ("the Commission") and
2   defendants John J. Todd and Robert D. Manza (" the Defendants") through their respective
3   counsel hereby stipulate and agree to the following order relating to the delivery of electronic
4   equipment to the courtroom for trial:
5   That on Friday, February 9, 2007, the Commission and the Defendants, through their
6   designated trial support vendor representatives, CACI and Nexpoint, respectively, are permitted
7   to enter into the United States District Court located at 940 Front Street, San Diego, California
8   92101 with, and deliver to the courtroom of the Honorable Robert T. Benitez via the building's
9   regular service elevators the following electronic equipment to be used during the trial in this
10  matter:

1.  Equipment to be delivered by the Commission:
    a.  2- Trial Laptop - P4 2.0 GHz, Core 2 Duo Processor, 2 GB RAM, 15" XGA Display, 100 GB HD, Wireless Adapter, USB2, Intel Graphic Pro 128 meg graphic card;
    b.  2- 50W Powered Speakers on Stand;
    c.  1- Document Camera (Elmo Style);
    d..  8- 15" LCD Monitor (Judge, Witness; Counsel A & B, Clerk's (2), CACI, Trial Tech, Podium);
    e.  1-50" Plasma Display on rolling floor stand (Jury Monitor);
    f.  1- Court Director/AV Switch;
    g.  2- Library Carts; and
    h.  Assorted VGA cables of various lengths.
2.  Equipment to be delivered by the Defendants:
    a.  2- laptops;
    b.  1 external harddrive;
    c.  1 LCD projector with stand;
    d.  3 LCD monitors;
    e.  3 VGA switchers;

|     |     |     |
| --- | --- | --- |
| 1 | f. | 3 VGA splitters; |
| 2 | g. | 2 speakers; |
| 3 | h. | 2 audio patches; |
| 4 | I. | 1 tech table; and |
| 5 | j. | Assorted cables, extension cords, and power strips. |

DATED: February 8, 2007

/s/ Karen Matteson
Karen Matteson
John B. Bulgozdy
David J. Van Havermaat
Attorneys for Plaintiff
Securities and Exchange Commission

DATED: February 8, 2007

/s/ Robert D. Rose
Robert D. Rose
Frank J. Polek
Vincent J. Brown
Sheppard, Mullin, Richter & Hampton LLP
Attorneys for Defendant John J. Todd

DATED: February 8, 2007

/s/ James L. Sanders
James L. Sanders
Brandon J. Roker
McDermott Will & Emery LLP
Attorneys for Defendant Robert D. Manza

IT IS SO ORDERED.

DATED: February 08, 2007

HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648

Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On February 8, 2007, I caused to be delivered the document entitled **JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING DELIVERY OF ELECTRONIC EQUIPMENT FOR TRIAL** upon the party to this action addressed as stated on the attached service list:

[X] **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ] **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ] **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ] **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee.

[ ] **FEDERAL EXPRESS :**By placing in sealed envelope(s) designated by Federal Express with delivery fees paid or provided for, which I deposited in a facility regularly maintained by Federal Express or delivered to a Federal Express courier, at Los Angeles, California.

[X] **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[ ] **FAX (BY AGREEMENT ONLY):** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

[X] **(Federal)** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Date: February 8, 2007            /s/ Magnolia M. Marcelo
                                  MAGNOLIA M. MARCELO

## SEC v. JOHN J. TODD, et al.
### United States District Court - Southern District of California
### Case No. 03-CV-02230 BEN (WMc)
### (LA-2436)

## SERVICE LIST

Robert D. Rose, Esq. **(served by electronic and U.S. mail)**
Sheppard Mullin Richter & Hampton LLC
501 West Broadway, Nineteenth Floor
San Diego, CA 92101-3598
Facsimile: (619) 234-3815
Email: rrose@sheppardmullin.com
*Attorney for Defendant John J. Todd*

James L. Sanders, Esq. **(served by electronic and U.S. mail)**
McDermott Will & Emery
2049 Century Park East
Los Angeles, CA 90067-3208
Facsimile: (310) 277-4730
Email: jsanders@mwe.com
*Attorney for Defendant Robert D. Manza*