1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11    SECURITIES AND EXCHANGE
      COMMISSION,

12

13                                Plaintiff,

14                   v.

15    JOHN J. TODD and ROBERT D.
      MANZA,

16                                Defendants.

17
18

Case No. 03-CV-02230 BEN (WMc)

**ORDER PERMITTING  DELIVERY
OF ELECTRONIC EQUIPMENT
FOR HEARING**

DATE:      April 26, 2007
TIME:      9:00 a.m.
PLACE:     Courtroom of the
           Honorable Roger T. Benitez
           (Courtroom 3)

19           Based on the *ex parte* application of Defendants John J. Todd and Robert D.

20    Manza ("Defendants") for an order permitting the delivery of electronic equipment to the

21    courtroom for the hearing on Thursday, April 26, 2007, Defendants, through their

22    designated trial support vendor representative, NextPoint, are permitted to enter into the

23    United States District Court located at 940 Front Street, San Diego, California 92101 with,

24    and delivery to the courtroom of the Honorable Robert T. Benitez via the building's regular

25    service elevators the following electronic equipment to be used during the trial of this

26    matter:

27
28           1.      2 laptops;

-1-

[PROPOSED ] ORDER PERMITTING DELIVERY OF
                                                        ELECTRONIC EQUIPMENT FOR HEARING

2.      1 LCD projector with stand;

3.      1 LCD monitor;

4.      1 VGA switch;

5.      1 VGA splitter;

6.      VGA cables;

7.      1 tech table

Good cause appearing, IT IS HEREBY ORDERED that Defendants' ex parte application to permit delivery of electronic equipment for hearing on April 26, 2007, is GRANTED.

IT IS SO ORDERED.

DATED: April 25, 2007

_____
Hon. Roger T. Benitez
United States District Judge

-2-

03-cv-02230 BEN (Wmc)                    [PROPOSED ] ORDER PERMITTING DELIVERY OF
                                          ELECTRONIC EQUIPMENT FOR HEARING