| | |
|---|---|
| 1 | ROBERT D. ROSE, Cal. Bar No. 62559 |
| 2 | FRANK J. POLEK, Cal. Bar No. 167852<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 3 |   A Limited Liability Partnership<br>  Including Professional Corporations |
| 4 | 501 West Broadway, 19th Floor<br>San Diego, California 92101-3598 |
| 5 | Telephone:  619-338-6500<br>Facsimile:  619-234-3815 |
| 6 | Attorneys for Defendant<br>John J. Todd |

ROBERT D. ROSE, Cal. Bar No. 62559
FRANK J. POLEK, Cal. Bar No. 167852
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:   619-338-6500
Facsimile:   619-234-3815

Attorneys for Defendant
John J. Todd

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>  v.<br><br>JOHN J. TODD, ROBERT D. MANZA, and JEFFREY WEITZEN,<br><br>              Defendants. | Case No. 03-CV-02230 B (WMc)<br><br>**NOTICE OF APPEARANCE**<br><br><br>CTRM:  3<br>JUDGE:  The Hon. Roger T. Benitez |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL INTERESTED PARTIES:

      PLEASE TAKE NOTICE that the attorney identified below also represents defendant John J. Todd in this action (along with Robert D. Rose). Defendant requests that all notices and service of items in this matter include the following address:

      Frank J. Polek
      Sheppard, Mullin, Richter & Hampton, LLP
      501 W. Broadway, Suite 1900
      San Diego CA 92101

      Telephone:  619-338-6500
      Facsimile:   619-234-3815
      Email:       fpolek@sheppardmullin.com

1 | Dated: October 7, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   s/Frank J. Polek
     FRANK J. POLEK
     Email: fpolek@sheppardmullin.com
     Attorneys for Defendant
     John J. Todd

-2-

W02-WEST:8FP1\404032184.1
03-CV-02230 B (WMc)

NO OF APPEARANCE

*Securities and Exchange Commission v. John Todd, et al.*
USDC, Southern District of CA, Case No. 03-CV-02230 BEN (WMc)

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 501 West Broadway, 19th Floor, San Diego, California 92101-3598.

On **October 7, 2011**, I served the following document(s) described as **NOTICE OF APPEARANCE** as follows:

mattesonk@sec.gov;
cavallones@sec.gov,
marcelom@sec.gov,

jsanders@mwe.com;
broker@mwe.com;
kkimura@mwe.com

rmarmaro@skadden.com;
kcooley@skadden.com

☒  **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the documents to be filed with the Clerk of the Court by using the ECF system which sent notification of the filing to the above-listed e-mail addresses. The electronic notification address from which I served the documents(s) is rpowers-jones@sheppardmullin.com.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **October 7, 2011**, at San Diego, California.

_____
ROSEMARY POWERS-JONES

W02-WEST:8RR1\404015451.1                    -1-