SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ROBERT D. ROSE, Cal. Bar No. 62559
  rrose@sheppardmullin.com
FRANK J. POLEK, Cal. Bar No. 167852
  fpolek@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:  619-338-6500
Facsimile:  619-234-3815

Attorneys for Defendant John J. Todd

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>   v.<br><br>JOHN J. TODD, ROBERT D. MANZA, and JEFFREY WEITZEN,<br><br>          Defendants. | Case No. 03-CV-02230 BEN (WMc)<br><br>**JOINDER IN MOTION FOR A NEW TRIAL BY DEFENDANT ROBERT D. MANZA**<br><br>DATE:  January 24, 2012<br>TIME:  10:30 a.m.<br>CTRM:  3<br>Hon. Roger T. Benitez |

      Defendant John Todd hereby joins in the Motion For A New Trial submitted by Defendant Robert Manza. The arguments made by Manza are also applicable to Todd. Todd incorporates the arguments and evidence submitted by Manza as if fully set forth herein.

1  DATED: November 7, 2011

2                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                              By     s/Robert D. Rose
                                      Attorneys for Defendant John J. Todd
5                                     Email: rrose@sheppardmullin.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

*Securities and Exchange Commission v. John Todd, et al.*
USDC, Southern District of CA, Case No. 03-CV-02230 BEN (WMc)

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 501 West Broadway, 19th Floor, San Diego, California 92101-3598.

On **November 7, 2011**, I served the following document(s) described as:

- **JOINDER IN MOTION FOR A NEW TRIAL BY DEFENDANT ROBERT D. MANZA**

as follows:

mattesonk@sec.gov;
cavallones@sec.gov,
marcelom@sec.gov,

jsanders@mwe.com;
broker@mwe.com;
kkimura@mwe.com

rmarmaro@skadden.com;
kcooley@skadden.com

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the documents to be filed with the Clerk of the Court by using the ECF system which sent notification of the filing to the above-listed e-mail addresses. The electronic notification address from which I served the documents(s) is rpowers-jones@sheppardmullin.com.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **November 7, 2011**, at San Diego, California.

ROSEMARY POWERS-JONES